OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TE
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701   $ 000.27⁵
02 1W
0001401603 OCT 01 20

**9/30/2015**
**KNIGHTEN, ZACHARY L.    Tr. Ct. No. W92-43796-H (D)            WR-26,81**
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ZACHARY L. KNIGHTEN
TDC # 627114

U T F